IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN WAYNE SIMMONS,
ADC #654092                                                                                    PLAINTIFF

v.                                            5:09CV00268JMM/HLJ

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 7th day of October, 2009.

_____
United States District Judge